**ORIGINAL**

**FILED**

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0417

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0417

CHRISTOPHER WARDLE d/b/a MONTANA
DOG RESCUE MONTANA BORDER COLLIES,

Plaintiff and Appellant,

v.

JESSICA HEIMER a/k/a JESSICA
ZIMMERMAN, LEIF ZIMMERMAN, PRAIRIE
SONG RESCUE, OLD FARM KENNEL, JUSTIN
PHILBRICK, CHRISTOPHER BAKWIN,
CAROLE MCLAUGHLIN, LYDIA BAKER,
GEORGE GOLDSMITH, ZACHARY, JUSTIN
PHILBACK, ADAMS PUBLISHING GROUP
d/b/a LIVINGSTON ENTERPRISE, SEAN
BATURA, MARK DOBIE, and GREAT
PYRENEES RESCUE OF MONTANA,

Defendants and Appellees.

**O R D E R**

**FILED**

SEP 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Before this Court is a motion seeking removal from this matter on appeal where self-represented Defendant and Appellee Lydia Baker (Baker) points out that she has been dismissed from the underlying proceeding in the Eighteenth Judicial District Court, Gallatin County. She points to an Order dismissing her with prejudice, entered by Judge Peter Ohman.

We observe from the District Court record on file here that on June 5, 2024, the District Court entered an Order of Dismissal with Prejudice of Certain Defendants. The Defendants included: Christopher Bakwin, Justin Philbrick, Old Farm Kennel, Carole McLaughlin, Great Pyrenees Rescue, George Goldsmith, Lydia Baker, Rick Crouch, and Julia Crouch. Baker is correct that she is no longer a party in the underlying case.

We further observe that self-represented Plaintiff and Appellant Christopher Wardle (Wardle) appeals this June 5, 2024 Order in this Court. According to the register of actions,

this civil proceeding has not completed in the District Court. There is no final judgment that settles all controversies and issues. M. R. App. P. 4(1)(a) and 4(5)(a)(i). Wardle's appeal is premature and not properly before this Court. When Wardle receives a final judgment, he may seek a timely appeal with this Court. Therefore,

IT IS ORDERED that:

1. Baker's motion requesting removal from this appeal is GRANTED;

2. Wardle's appeal is DISMISSED *sua sponte* and without prejudice; and

3. the Clerk of the Supreme Court is directed to CLOSE this matter as of this Order's date.

The Clerk is also directed to provide a copy of this Order to: the Honorable Peter Ohman, District Court Judge; Sandy Erhardt, Clerk of District Court, under Cause No. DV-16-24-334; all counsel of record; all parties; and Christopher Wardle personally.

DATED this 17 day of September, 2024.

_____

_____

_____

_____

_____
Justices

2